RODRÍGUEZ, PETICIONARIO, *v.* SEPÚLVEDA, JUEZ DE DISTRITO
DEMANDADO.

SOLICITUD para que se expida mandamiento de *certiorari* al
Juez de la Corte de Distrito de Ponce, en un caso de desa-
hucio.

No. 110.—Resuelto en diciembre 19, 1913.

CERTIORARI—ENMIENDA DE LA DEMANDA—RENUNCIA DE NOTIFICACIÓN DE LA DE-
MANDA ENMENDADA.—La parte que contesta una demanda enmendada sin que
le haya sido notificada la moción solicitando permiso para enmendarla, ni la
misma demanda enmendada, se entiende que ha renunciado por sus propios
actos a dicha notificación y no puede alegar tal falta de notificación como
error en una solicitud de *certiorari*.

ID.—CASOS ORIGINADOS EN LAS CORTES MUNICIPALES—ENMIENDA DE LAS ALEGA-
CIONES EN LAS CORTES DE DISTRITO.—Las cortes de distrito pueden, en el
ejercicio de su facultad discrecional, permitir enmiendas a las alegaciones
incluyendo la adición de nuevas partes, en casos originados en las cortes
municipales, y sus resoluciones en tal sentido no serán revisadas por esta corte
por medio de un recurso de *certiorari*, excepto en casos en que se aleguen
razones muy poderosas.

ID. — EXCEPCIONES PREVIAS — FACULTAD DISCRECIONAL — ERRORES DE PROCEDI-
MIENTO.—La resolución de excepciones previas en un sentido o en otro no
puede alegarse como error de procedimiento en una solicitud de *certiorari*,
ni constituye tal acto un ejercicio de la facultad discrecional de la corte, en
el sentido legal, y no puede por tanto correctamente alegarse, que la corte ha
abusado de su facultad discrecional.

ID.—DESAHUCIO—DISCRECIÓN DEL TRIBUNAL PARA EXPEDIR EL MANDAMIENTO.—
La expedición de un mandamiento de *certiorari* depende del ejercicio de la
facultad discrecional de esta corte y para que tal mandamiento se expida en
un caso de desahucio es necesario que se aleguen razones muy poderosas.

Los hechos están expresados en la opinión.

Abogado del peticionario: Sr. *Francisco Jiménez.*

El demandado no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El peticionario, demandado en un acción de desahucio,
solicita que se expida un mandamiento de *certiorari*. La ac-
ción de desahucio fué iniciada en una corte municipal y re-
suelta a favor del demandado y peticionario. La corte de
distrito, en grado de apelación, según alega el peticionario,
permitió a los demandantes que enmendaran la demanda,

incluyendo nuevas partes y cambiando la causa de acción. Esta resolución constituye el primer motivo de queja del peticionario. Sostiene él que no se le "dió traslado" de la presentación de la demanda enmendada ni de la moción pidiendo permiso para presentarla. Toda la solicitud está redactada en términos vagos y confusos, pero de ella puede deducirse que aún en el caso de que se hubiera cometido algún error en contra del peticionario, tal error quedó subsanado por los actos posteriores realizados por el mismo demandado, entre éstos el de contestar como contestó la demanda enmendada.

La corte de distrito aun en grado de apelación de una corte municipal, puede permitir enmiendas a las alegaciones, incluyendo nuevas partes. Su discreción en ese particular no será revisada en virtud de un *certiorari* a no ser por razones poderosas, que dista mucho de ser el caso presente. Los otros actos de los cuales se queja son resoluciones relativas a la suficiencia en derecho de los hechos admitidos en las alegaciones, que den derecho a los demandantes a obtener una sentencia a su favor. La regla es que la resolución de una corte al declarar sin lugar o con lugar una excepción previa no constituye un error de procedimiento, sino que es el ejercicio del criterio judicial al resolver una cuestión de derecho. Tampoco constituye tal resolución de una corte el ejercicio de una facultad discrecional en el sentido de permitir a una parte que caracterice tal acción de abuso de discreción tal como esta frase se entiende en derecho. El juez, en trámites de excepciones previas y los semejantes, tiene que resolver de acuerdo con la ley, y si decide erróneamente comete un error, pero su decisión no es de carácter discrecional.

La expedición de un mandamiento de *certiorari* es de carácter discrecional en esta corte. De aquí que en procedimientos que tienen por objeto el obtener sentencia en un caso de desahucio en que la legislatura ha estatuído una manera rápida para que se dicte sentencia, es necesario que se nos

presenten razones poderosas para que esta corte, en el ejercicio de su facultad discrecional, expida el mandamiento.

La expedición del mandamiento debe ser denegada.

*Denegada la expedición del mandamiento.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.